**UNITED STATES of America,**
**Appellee,**

v.

**Andres Manuel ROMERO, Appellant.**

No. 06–1173.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 30, 2007.

Filed: Sept. 6, 2007.

Tracy T. Braun, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Andres Romero, Pensacola, FL, pro se.

Before BYE, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

Andres Romero appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion, in which he sought a reduction of his federal drug sentence based on Amendment 591 to the Sentencing Guidelines. We agree with the district court that Amendment 591 does not affect Romero's sentence, and Romero has not argued any other basis for modification under § 3582(c)(2). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Romero's pending appellate motions.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.